United States District Court
Southern District of Texas
**ENTERED**
March 22, 2016
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

**McGinnes Industrial** §
**Maintenance Corporation,** §
§
　　　　Plaintiff, §
§
*versus* § 　　Civil Action H-11-4000
§
The Phoenix Insurance Company, *et al.*, §
§
　　　　Defendants. §

## Partial Summary Judgment

The Phoenix Insurance Company and the Travelers Indemnity Company do have a duty to defend McGinnes Industrial Maintenance Corporation for the United States Environmental Protection Agency's investigation and cleaning of the San Jacinto River waste pits Superfund site. (15, 18)

Signed on March 21, 2016, at Houston, Texas.

　　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　United States District Judge