UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
May 09, 2016
David J. Bradley, Clerk

| | | |
|---|---|---|
| McGinnes Industrial Maintenance Corporation, | § § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-11-4000 |
| The Phoenix Insurance Company, *et al.*, | § § § | |
| Defendants. | § | |

## Conditional Dismissal

1. Having been advised that the parties have reached a settlement, this case is dismissed with prejudice except that the parties may move for reinstatement by May 24, 2016.

2. This court retains jurisdiction to enforce the settlement.

Signed on May 9, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge