United States District Court
Southern District of Texas
**ENTERED**
May 24, 2016
David J. Bradley, Clerk

McGinnes Industrial Maintenance §
Corporation, §
§
    Plaintiff, §
§
versus §  Civil Action H-11-4000
§
The Phoenix Insurance Company, et al., §
§
    Defendants. §

## Order on Extension

By June 24, 2016, the parties may move for reinstatement.

Signed on May 24, 2016, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge