IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUTON DIVISION

| | | |
|---|---|---|
| McGinnes Industrial Maintenance Corporation, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-11-4000 |
| The Phoenix Insurance Company, *et al.*, | § § § | |
| Defendants. | § | |

## Stipulated Dismissal and Order

The parties stipulate as follows:

1. All claims asserted in this case are dismissed WITH PREJUDICE;

2. This dismissal has no effect on any claims that were not released under the terms of the Confidential Settlement and Release dated effective September 13, 2016 (the "Agreement"), all of which are preserved;

3. Each party will bear its own costs, fees, and expenses; and

4. Each party waives all rights of appeal.

So Stipulated:

PERDUE & KIDD

By: _____
Donald H. Kidd
State Bar No. 11383100
510 Bering Drive, Suite 550
Houston, Texas 77057
713-520-2500
713-520-2525 – Fax
dkidd@perdueandkidd.com

ATTORNEY IN CHARGE FOR PLAINTIFF

1

Of Counsel for Plaintiff:

Joseph P. Thacker
**Thacker Robinson Zinz**
1415 Panther Lane
Naples, FL 34109
jthacker@trzlaw.com
(Admitted *pro hac vice*)

          ANDREWS KURTH LLP

          By:_____
               J. WILEY GEORGE
               State Bar No. 0780544
               Southern District ID No. 14274
               600 Travis, Suite 4200
               Houston, Texas 77002
               713-220-3928
               713-238-7477 – Fax
               wileygeorge@andrewskurth.com

          ATTORNEY-IN-CHARGE FOR DEFENDANTS
          THE PHOENIX INSURANCE COMPANY and
          THE TRAVELERS INDEMNITY COMPANY

So Ordered:

          _____
          Honorable Lynn N. Hughes
          United States District Judge

697100